IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

IN RE:  JEFFREY CARR                                      CHAPTER 13
　　　　CHRISTY CARR                                      CASE NO. 16-61082
　　　　　　Debtor(s)

ATTORNEY FEE APPLICATION

Comes now the Debtor's Attorney and makes application for additional Attorney's fees on the basis of the following information:

1. The Debtor(s) filed a bankruptcy petition before this Court on *May 27, 2016* at which time the Debtor(s) executed a fee agreement whereby the Debtor's Attorney agreed to represent the Debtor(s) for a set fee.

2. That the Chapter 13 plan has been confirmed by order of this Court.

3. That the Debtor(s) have requested that their Attorney file a Motion to Suspend Chapter 13 Payments with this Court, which had to be noticed to creditors and prepared for hearing.

4. That the Debtor(s) agree that their Attorney is due additional fees in the amount of $400.00 for the preparation of the Motion to Suspend Chapter 13 Payments, Notice of Hearing and additional Attorney's Fee Application.

Wherefore, the Debtor(s) and their Attorney hereby request the Court to enter an order confirming the additional Attorney's fees, and that said fees shall be paid by the Chapter 13 Trustee.

Dated:  4/12/17                                           JEFFREY CARR
                                                          CHRISTY CARR

                                                          /s/ Stephen E. Dunn
                                                          Of Counsel

Stephen E. Dunn, Esq.
Counsel for Debtor(s)
Stephen E. Dunn, PLLC
201 Enterprise Drive, Suite A
Forest, VA  24551

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| IN RE:  JEFFREY CARR | CHAPTER 13 |
| CHRISTY CARR | CASE NO. 16-61082 |
| Debtor(s) | |

NOTICE OF HEARING

Please take notice that Counsel for the above-named Debtor(s) filed a Motion to Suspend Chapter 13 Payments and Attorney Fee Application, true copies of which are attached hereto, and shall submit the same to the Honorable Rebecca B. Connelly, Bankruptcy Judge, for approval on *May 25, 2017* at 9:30 a.m., or as soon thereafter as the parties may be heard, in the U.S. Bankruptcy Court, 1101 Court Street, Lynchburg, VA 24504.

Objections to the Motion to Suspend Chapter 13 Payments and Attorney Fee Application must be filed in writing, with copies thereof served on the Trustee and Counsel for the Debtor(s) no later than five days prior to the hearing date in order to be heard on *May 25, 2017*.

I do hereby certify that a copy of this Notice and Motion have been sent to the Chapter 13 Trustee by ECF Mail, to the Debtor(s) and all creditors by first class postage prepaid mail in this case on the after mentioned date.

Dated:  4/12/17                                                                                       JEFFREY CARR
                                                                                                                    CHRISTY CARR


                                                                                                                    /s/ Stephen E. Dunn
                                                                                                                    Of Counsel

Stephen E. Dunn, Esq.
Counsel for Debtor(s)
Stephen E. Dunn, PLLC
201 Enterprise Drive, Suite A
Forest, VA  24551