**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**

In re
**Jeffrey Carr**                                                                         **Chapter 13**
**Christy Carr**                                                                         **Case No 16-61082**
**Debtor(s)**

**ORDER CONFIRMING PLAN**

The Chapter 13 Plan filed by the Debtor(s) 12/13/2017**,** having been transmitted to all creditors; and it having been determined that the plan meets each of the requirements of 11 U.S.C. § 1325(a);

It is ORDERED that:

(1) The Plan as filed or modified is CONFIRMED.

(2) Upon entry of this order, all property of the estate shall revest in the Debtor(s). Notwithstanding such revesting, the Debtor(s) shall not encumber, refinance, sell or otherwise convey real property without first obtaining an order of approval from this Court.

(3) All funds received by the Chapter 13 Trustee on or before the date of an order of dismissal shall be disbursed to creditors, unless such disbursement would be de minimis, in which case the funds may be disbursed to the Debtor(s) or paid into the Treasury registry fund account of the Court, at the discretion of the Trustee. All funds received by the Chapter 13 Trustee after the date of the entry of the order of dismissal or conversion shall be refunded to the Debtor(s) at their address of record.

(4) Other provisions:
**1.) Paragraph 1 of the Plan is amended as follows: Payments will begin January 8, 2018.**
**2.) Paragraph 2.A.2 of the Plan is clarified as follows: $350: Additional pre-confirmation or post-confirmation fees already approved by the Court by separate order or in previously confirmed plan [ECF #62]**
**3.) Plan must yield 100% to all unsecured creditors pursuant to 11 U.S.C. §1325(b)(1)(B) [Disposable Income], and Debtor(s) shall amend this confirmed plan to provide for 100% if allowed claims exceed plan funding.**
**Trustee withdraws Motion to Dismiss Case.**

Date:  2/5/18

/s/ Herbert L. Beskin
Herbert L. Beskin, Trustee                                                   _____
                                                                             United States Bankruptcy Judge

SEEN AND AGREED

/s/ Stephen E. Dunn
Stephen E. Dunn, Counsel for Debtor(s)

Service of this Order is directed to the Debtor(s), Debtor(s) Attorney, the Trustee, the United States Trustee, the Internal Revenue Services, the U.S. Attorney, Debtor(s)' employer (if any wage deduction order is being modified) and all creditors specifically dealt with by the terms of this order.