**SIGNED THIS 21st day of December, 2018**

*Rebecca B. Connelly*

Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA

IN RE: Jeffrey Carr                          CHAPTER 13
      Christy Carr                          CASE NO. 16-61082
      Debtor(s)

## ORDER ON ATTORNEY FEE APPLICATION

The Court having heard the Application for Additional Compensation by the attorney for the Debtor(s), for the additional compensation for representing the Debtor(s) in a Notice of Defaul.  Accordingly, it is

## ORDERED

That the Application for Additional Compensation filed by Stephen E. Dunn, in the amount of $250.00, is hereby approved and granted and said amount is fixed as a reasonable fee pursuant to 11 U.S.C., Section 329 for services rendered the Debtor(s) herein, and the same is ORDERED to be paid by the Trustee.  The total of plan payments in the most recently confirmed plan is hereby increased by $278.00.

Counsel for Debtor is directed to mail a copy of this Order by ECF or First Class U.S. Mail, postage prepaid, to the Debtor(s); U.S. Trustee's Office; and to the Chapter 13 Trustee.

**END OF ORDER**

I ask for this:

/s/ Stephen E. Dunn, Esq.
Attorney for the Debtor
Stephen E. Dunn, Esq., VSB No. 26355
Michelle J. Dunn, Esq., VSB No. 90687
Stephen E. Dunn, PLLC
201 Enterprise Dr., Suite A
Forest, Va. 24551
Phone: 434-385-4850
Email: stephen@stephendunn-pllc.com
        michelle@stephendunn-pllc.com

Seen:

/s/ Herbert L. Beskin
Herbert L. Beskin, Chapter 13 Trustee
VSB # 15050
P.O. Box 2103, Charlottesville VA 22902
Tel: (434) 817-9913, ext. 121
E-mail: hbeskin@cvillech13.net