# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

IN RE: Jeffrey Carr  
       Christy Carr

CHAPTER 13  
CASE NO. 16-61082

Debtor(s)

## ATTORNEY FEE APPLICATION

Comes now the Debtor's Attorney and makes application for additional Attorney's fees on the basis of the following information:

1. The Debtor(s) filed a bankruptcy petition before this Court on *May 27, 2016*, at which time the Debtor(s) executed a fee agreement whereby the Debtor's Attorney agreed to represent the Debtor(s) for a set fee. Specifically excluding other unanticipated litigation or motions.

2. That the Chapter 13 plan has been confirmed by order of this Court.

3. That the Debtor(s) agree that their Attorney is due additional fees in the amount of $250.00 for representing them in a Response to Notice of Default.

Wherefore, the Debtor(s) and their Attorney hereby request the Court to enter an order confirming the additional Attorney's fees, and that said fees shall be added to the base gross and paid by the Chapter 13 Trustee.

Date: 11/15/2019

Jeffrey Carr  
/s/ Stephen E. Dunn  
Of Counsel

Christy Carr  
/s/ Stephen E. Dunn  
Of Counsel

Stephen E. Dunn, Esq.  
Counsel for Debtor(s)  
Stephen E. Dunn, PLLC  
201 Enterprise Drive, Suite A  
Forest, VA 24551

**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION**

IN RE: Jeffrey Carr　　　　　　　　　　　　　　　　　　CHAPTER 13
　　　　　Christy Carr　　　　　　　　　　　　　　　　　　CASE NO. 16-61082

　　　　　Debtor(s)

**NOTICE OF HEARING ON DEBTORS' RESPONSE TO NOTICE OF DEFAULT
AND ATTORNEY FEE APPLICATION**

Please take notice that the undersigned Counsel for the above-named Debtor(s), filed a Response to Notice of Default and an Attorney Fee Application, true copies of which are attached hereto, and shall submit the same to the Honorable Rebecca B. Connelly, U.S. Bankruptcy Judge, for approval on ***January 30, 2020*** at 9:30 a.m., or as soon thereafter as the parties may be heard, in the U.S. Bankruptcy Court, 1101 Court Street, Lynchburg, VA. Please plan to attend in order to protect your interest.

I do hereby certify that a copy of the Notice and Motion have been sent to the Chapter 13 Trustee by ECF Mail to the Debtor and all creditors by first class postage prepaid mail in this case on the after mentioned date.

Date: 11/15/2019　　　　　　　　　　　　　　　　　　Jeffrey Carr
　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Stephen E. Dunn
　　　　　　　　　　　　　　　　　　　　　　　　　　　Of Counsel

　　　　　　　　　　　　　　　　　　　　　　　　　　　Christy Carr
　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Stephen E. Dunn
　　　　　　　　　　　　　　　　　　　　　　　　　　　Of Counsel

Stephen E. Dunn, Esq.
Stephen E. Dunn, PLLC
Counsel for Debtor(s)
201 Enterprise Drive, Ste A
Forest, VA 24551